GOLD REEFS OF GEORGIA LIMITED *v.* MARTIN.

ADAMS, J.  This case is controlled by the decision this day rendered in the case of *Reynolds & Hamby Estate Mortgage Company Limited* v. *Martin*. Under it, the judgment of the court overruling the separate demurrer filed by the plaintiff in error is

    *Reversed.* *All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 8, — Decided October 31, 1902.

Equitable petition.  Before Judge Estes.  White superior court. April 29, 1902.

*I. L. Oakes* and *H. H. Perry*, for plaintiff in error.
*Spencer R. Atkinson*, *W. A. Charters*, and *G. S. Kytle*, contra.